JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DESIRAY DELGADO and MARSHA CHEVALIER, individually, and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>RSCR CALIFORNIA, INC., a Delaware corporation; and DOES 1 through 50, Inclusive<br><br>Defendants. | CASE NO.: 2:24-cv-07988-RAO<br><br>**[~~PROPOSED~~] ORDER REMANDING REMOVED ACTION TO STATE COURT** |

# [PROPOSED] ORDER

The Court has before it the Parties' Stipulation to Remand Removed Action to State Court.

The Court has reviewed that stipulation, and finding good cause, hereby orders as follows:

1       The Parties' Stipulation to Remand Removed Action to State Court is approved.

2.       United States District Court - Central District of California – Western Division, Case Number 2:24-CV-07988-RAO entitled, *Delgado, et al. v. RSCR California, Inc.*, is hereby remanded to Los Angeles Superior Court, Case Number 24STCV18229.

**IT IS SO ORDERED.**

DATED: ___06/29/2026___

Honorable Rozella A. Oliver
United States Magistrate Judge

-1-
[PROPOSED] ORDER REMANDING REMOVED ACTION TO STATE COURT

Desiray Delgado and Marsha Chevalier v. RSCR California. Inc.
United States District Court - Central District of California
Case Number: 2:24-CV-07988-RAO

I, Alejandra Beltran, the undersigned, declare that I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 8822 West Olympic Boulevard, Beverly Hills, California 90211.

On June 26, 2026, I served the following document(s) described as:

**[PROPOSED] ORDER REMANDING REMOVED ACTION TO STATE COURT**

Ronald G. Polly, Jr., Esq.
Alex M. Barfield, Esq.
Christine A. Kurke, Esq.
TUCKR ELLIS LLP
515 Flower Street, Forty-Second Floor
Los Angeles, California 90071

Scott Ernest Wheeler, Esq.
Justin A. Wheeler, Esq.
THE WHEELER LAW FIRM, APC
250 West First Street, Suite 216
Claremont, California 91711

Aubry Wand, Esq.
THE WAND LAW FIRM, P.C.
100 Oceangate, Suite 1200
Long Beach, California 90802

The above document(s) were served on the interested parties in this action as follows:

All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case number.

BY ELECTRONIC MAIL: As follows: I am readily familiar with our office's practice of electronic mail transmission; on this date, the document enumerated above was transmitted by electronic mail transmission and that the transmission was

-2-
[PROPOSED] ORDER REMANDING REMOVED ACTION TO STATE COURT

reported as complete and delivered, and without error.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this Proof of Service was executed on June 26, 2026, at Beverly Hills, California.

*/s/ Alejandra Beltran*
Alejandra Beltran

-3-

[PROPOSED] ORDER REMANDING REMOVED ACTION TO STATE COURT